**Order entered April 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00145-CV

**TRANSCONTINENTAL REALTY INVESTORS, INC. & RT REALTY, L.P., Appellants**

**V.**

**MCGUIRE, CRADDOCK & STROTHER, P.C., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 00-8050-F**

## ORDER

The Court has before it the District Clerk's April 18, 2013 request for an extension of time in which to file the clerk's record. The Court **GRANTS** the request and **ORDERS** the District Clerk to file the clerk's record within thirty days of the date of this order.

.

/s/     DAVID LEWIS
         JUSTICE